THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMERI-
  CAN ICE COMPANY, Respondent, *v.* THE STATE BOARD ·
  OF TAX COMMISSIONERS, Appellant.

*People ex rel. American Ice Co.* v. *State Board of Tax Comrs.*
153 App. Div. 532, modified.
(Argued February 26, 1913; decided March 18, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
November 26, 1912, which reversed a determination of

the defendant as to the amount of a tax payable upon a mortgage executed by the relator.

*Thomas Carmody, Attorney-General (Franklin Kennedy* of counsel), for appellant.

*Newell Lyon* and *Frank R. Savidge* for respondent.

Order of Appellate Division reversed and determination of the state board of tax commissioners fixing the amount of the mortgage tax to be paid by the relator modified by deducting in the computation of such tax the amount of the prior liens on the real estate covered by such mortgage, without costs to any party in any court, and the matter is remitted to said board to compute said tax in accordance herewith, on dissenting opinion of LYON, J., below.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.